**DONG WING OTT and Dong Wing Han, Plaintiffs-Appellants,**

v.

**Edward J. SHAUGHNESSY, District Director of the New York District of the Immigration and Naturalization Service, Defendant-Respondent.**

**No. 316, Docket 24246.**

United States Court of Appeals Second Circuit.

Argued June 10, 1957.

Decided July 5, 1957.

Opinion Adhered to on Rehearing Sept. 11, 1957.

See 247 F.2d 769.

See also United States ex rel. Dong Wing Ott v. Shaughnessy, 2 Cir., 220 F.2d 537, affirming D.C.S.D.N.Y., 116 F.Supp. 745, certiorari denied 350 U.S. 847, 76 S.Ct. 60, 100 L.Ed. 754.

Elmer Fried, New York City, for plaintiffs-appellants.

Roy Babitt, Sp. Asst. U. S. Atty. and Gen. Atty., Immigration and Naturalization Service, New York City (Paul W. Williams, U. S. Atty., S.D.N.Y., Charles J. Hartenstine, Jr., Sp. Asst. U. S. Atty., and Harold J. Raby, Asst. U. S. Atty., New York City, on the brief), for defendant-respondent.

Before CLARK, Chief Judge, and CHASE and HINCKS, Circuit Judges.

PER CURIAM.

Affirmed on the opinion of District Judge Murphy below, D.C.S.D.N.Y., 142 F.Supp. 379; and see also Leng May Ma v. Barber, 9 Cir., 241 F.2d 85, certiorari granted 77 S.Ct. 1283.